07-20-15

Dear Clerk

Hello

My Name Is Jerry Shatae Wrighter #867010
I Am Currently Incarcerated In The T.D.C.J. Just. Div.
I Am Serving A 30yr. Sentence For First Degree Homicide My
Appeal Was Denied By The Texas Court of Criminal Appeals on or About
(0~-~~-03) (ob-20-03) / I Have A Question Is There Anyone I
Could Contact About My Situation... on or About (2007-2008)
The Supreme Court Changed Its Rule Regarding The
~~Confront~~ Confrontation Clause And The Admissibility of Confessions
of Co-Perpetrators Under This new Rule My Co-Defendants Confession
Would not Be Admissible But I Was Convicted With His Statement
The Rule Change Is Not Retroactive I Was Convicted Before The
Rule Changed, However I Don't Have An Attorney Nor Was Allowed
A Chance At Trial To Cross-Examine And Confront My Co-Defendant
who Plead The 5th on The Stand --

Thank You

Sincerely
Jerry S. Wrighter #867010
Ferguson Unit
12120 Savage Dr.
Midway, TX 75852

Cause No: 3632-R
Appeal No: (08-99-00109 cr)

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 2 3 2015

Abel Acosta, Clerk



SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

July 24, 2015

Jerry Wrighter
Ferguson Unit – TDC# 867010
12120 Savage Dr.
Midway, TX  75857

Dear Mr. Wrighter,

The Court of Criminal Appeals is in receipt of your letter regarding the status of your case.

After a thorough search of our records, we find that you do not have any proceedings before the Court of Criminal Appeals at this time. We suggest that you contact the County of conviction for more information.

Further, neither the members of this Court nor its staff may give legal advice concerning your case. We also suggest you contact your attorney or State Counsel for Offenders, Texas Department of Criminal Justice, Institutional Division, P.O. Box 4005, Huntsville, TX 77342-4005, for such advice.

Sincerely,

Abel Acosta
Clerk